[No. 27971-5-III. Division Three. March 18, 2010.]

EDITH VANCE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 07-2-00466-0, Allen Nielson, J., entered March 4, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28075-6-III. Division Three. March 18, 2010.]

BRETT DANIELSON ET AL., *Appellants*, v. GREGORY FURULIE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-01239-1, Annette S. Plese, J., entered April 6, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 62372-9-I. Division One. March 22, 2010.]

THE CITY OF SEATTLE, *Respondent*, v. ADAM PETRO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09474-8, Laura C. Inveen, J., entered September 22, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Becker, JJ.

[No. 63047-4-I. Division One. March 22, 2010.]

EVERETT SHIPYARD, INC., *Appellant*, v. PUGET SOUND ENVIRONMENTAL CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-13973-1, Douglas D. McBroom, J., entered February 19, 2009. *Reversed* by unpublished opinion per Schindler, C.J., concurred in by Appelwick and Lau, JJ. Now published at 155 Wn. App. 761.